# EXHIBIT A

KHAI LEQUANG (SBN 202922)
klequang@orrick.com
MELANIE D. PHILLIPS (SBN 245584)
mphillips@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

STEPHEN G. FORESTA (admitted *pro hac vice*)
sforesta@orrick.com
PHILIPP SMAYLOVSKY (admitted *pro hac vice*)
psmaylovsky@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND ST
NEW YORK, NY 10019
Telephone: 212-506-5000
Facsimile: 212-506-5151

Attorneys for Plaintiff
U.S. Bank National Association, as Securities
Intermediary for Lima Acquisition LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a national association, as securities intermediary for LIMA ACQUISITION LP,<br><br>Plaintiff,<br><br>v.<br><br>PHL VARIABLE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | Case No. CV11-09517 ODW(RZx)<br><br>**RULE 26(A)(1) INITIAL DISCLOSURES BY PLAINTIFF U.S. BANK NATIONAL ASSOCIATION, AS SECURITIES INTERMEDIARY FOR LIMA ACQUISITION LP** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, plaintiff U.S. Bank National Association, as securities intermediary for Lima Acquisition LP ("Plaintiff"), by and through counsel, makes the following initial disclosures:

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

The following individuals are likely to have discoverable information that may be used to support Plaintiff's claims. These disclosures are based on the information that Plaintiff has as of the date of these disclosures and prior to any discovery. As a consequence, the list may not contain the names of all persons who may be later identified as having information that Plaintiff may use to support its claims and defenses, including those persons who may be revealed through the discovery process. Plaintiff reserves the right to supplement this list of individuals likely to have discoverable information in support of its claims with additional individuals, and to use such individuals and their knowledge in support of its claims.

1. Brandon Baer
   c/o Khai LeQuang
   Orrick Herrington & Sutcliffe LLP
   777 S. Figueroa Street, Suite 3200
   Los Angeles, CA 90017
   Mr. Baer has information about the Phoenix Accumulator Universal Life Insurance policies set forth on Exhibit A to the complaint (the "Policies"), including Plaintiff's performance under the Policies and the impact of the increase in cost of insurance rates.

2. Andy Berman
   c/o Khai LeQuang
   Orrick Herrington & Sutcliffe LLP
   777 S. Figueroa Street, Suite 3200
   Los Angeles, CA 90017
   Mr. Berman has information about the Policies, including Plaintiff's performance under the Policies and the impact of the increase in cost of insurance rates.

3. Doug Cardoni
   c/o Khai LeQuang
   Orrick Herrington & Sutcliffe LLP
   777 S. Figueroa Street, Suite 3200
   Los Angeles, CA 90017
   Mr. Cardoni has information about the Policies, including Plaintiff's

performance under the Policies and the impact of the increase in cost of insurance rates.

4. Ola Eriksson
c/o Khai LeQuang
Orrick Herrington & Sutcliffe LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017
Mr. Eriksson has information about the Policies, including Plaintiff's performance under the Policies and the impact of the increase in cost of insurance rates.

5. Rodney Hutter
c/o Khai LeQuang
Orrick Herrington & Sutcliffe LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017
Mr. Hutter has information about the Policies, including Plaintiff's performance under the Policies and the impact of the increase in cost of insurance rates.

6. Ann Juliano
c/o Khai LeQuang
Orrick Herrington & Sutcliffe LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017
Ms. Juliano has information about the Policies, including Plaintiff's performance under the Policies and the impact of the increase in cost of insurance rates, including on the salability of policies issued by Defendant after the cost of insurance rate increases.

7. Regang Ou
c/o Khai LeQuang
Orrick Herrington & Sutcliffe LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017
Mr. Ou has information about the Policies, including Plaintiff's performance under the Policies and the impact of the increase in cost of insurance rates.

8. James Rouse
c/o Khai LeQuang
Orrick Herrington & Sutcliffe LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017
Mr. Rouse has information about the Policies, including Plaintiff's performance under the Policies and the impact of the increase in cost of insurance rates.

9. NorthStar Life Services, LLC
114 Pacifica, Suite 120
Irvine, CA 92618
NorthStar Life Services, LLC has information about the servicing of the Policies, including the payment of premiums.

10. Persons involved in or responsible for the design and development of Phoenix Accumulator Universal Life Insurance policies, including but not limited to current or former members of PHL Variable Insurance Company's actuarial department, underwriting department, producer services group, marketing department, and product design department.

11. Persons involved in or responsible for determining or calculating any cost of insurance rates of Phoenix Accumulator Universal Life Insurance policies, including but not limited to current or former members of PHL Variable Insurance Company's actuarial department, underwriting department, producer services group, marketing department, and product design department.

12. Persons involved in or responsible for making any decisions that impacted or potentially impacted the cost of insurance rates of Phoenix Accumulator Universal Life Insurance policies, including but not limited to decisions about investments, setting of reserves, expenses, and taxes. Plaintiff is informed and believes that this would include James D. Wehr, Peter A. Hoffmann, Christopher Wilkos, and Philip Polkinghorn.

13. Persons involved in or responsible for the decision to increase the cost of insurance rates for Phoenix Accumulator Universal Life Insurance policies, including the Policies.

14. Persons involved in or responsible for development of marketing materials for Phoenix Accumulator Universal Life Insurance policies, including but not limited to current or former members of PHL Variable Insurance Company's actuarial department, underwriting department, producer services group, marketing department, and product design department.

15. Persons involved in or responsible for any language in Phoenix

Accumulator Universal Life Insurance policies that is related to cost of insurance.

16. Persons involved in or responsible for the underwriting of the Policies.

## II. DOCUMENTS

Plaintiff may use the following categories of documents, including electronically stored information, to support Plaintiff's claims, as well as any documents that any third party identifies or produces in this matter. Plaintiff reserves the right to supplement this description and rely on additional documents if and when they become available during the course of discovery or otherwise.

1. The Policies.
2. Plaintiff's policy files for the Policies.
3. Plaintiff's policy valuation and cost of insurance models.
4. The policy files maintained by Plaintiff's servicers for the Policies.
5. The categories of documents identified in Plaintiff's First Request for Production of Documents served on January 26, 2012, which are incorporated by reference herein.
6. Any categories of documents to be identified in any subsequent requests for production that will be served by Plaintiff.

## III. DAMAGES

The amount and basis for the calculation of Plaintiff's damages will be the subject of discovery and expert opinions in this case, and will be provided in accordance with the scheduling order. However, Plaintiff's damages consist of the increased cost of insurance that Plaintiff has paid and continues to pay, the diminution in value of the Policies as a result of Defendant's improper increase in the cost of insurance rates, and Plaintiff's attorneys' fees and costs incurred in this action. Plaintiff is unable to ascertain the exact amount of the cost of insurance rate increases at this time, as Defendant has failed and refused to provide that information to Plaintiff. Plaintiff is informed and believes that documents that are

in Defendant's possession, custody, and control, such as policy illustrations and documents that state the actual cost of insurance rates and formula, will reflect the amount of the cost of insurance rate increases from which the improper cost of insurance amounts can be determined. In addition, actuarial analyses or other policy valuations will reflect the diminution in the value of the Policies as a result of Defendant's improper cost of insurance rate increases.

### IV.  INSURANCE

Plaintiff is not aware of any applicable insurance policies.

Dated:     February 8, 2012            Orrick, Herrington & Sutcliffe LLP

By: _____
KHAI LEQUANG
Attorneys for Plaintiff
U.S. BANK NATIONAL
ASSOCIATION, AS SECURITIES
INTERMEDIARY FOR LIMA
ACQUISITION LP

# PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 2050 Main Street, Suite 1100, Irvine, California 92614. On February 8, 2012, I served the following document(s):

**RULE 26(A)(1) INITIAL DISCLOSURES BY PLAINTIFF U.S. BANK NATIONAL ASSOCIATION, AS SECURITIES INTERMEDIARY FOR LIMA ACQUISITION LP**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by depositing a true and correct copy of the document(s) listed above with Federal Express in Los Angeles, California, enclosed in a sealed envelope.

☒ (by Electronic Mail), I caused such documents to be transmitted by electronic mail to the offices of the addressee.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

## SEE ATTACHED SERVICE LIST

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2012, at Irvine, California.

_____
Patricia Ruby

OHSWEST:261535437.1

- 1 -

# SERVICE LIST

| | |
|---|---|
| **Daniel L Rasmussen**<br>**Scott O. Luskin**<br>Payne and Fears<br>801 S. Figueroa Street<br>Los Angeles, CA 90017<br>Tele: 213-439-9911<br>Fax: 213-439-9922<br>Email: dlr@paynefears.com<br>sol@paynefears.com<br><br>**Attorneys for Defendant PHL Variable Insurance Co.** | **Brian P Perryman**<br>**Jason H. Gould**<br>**Waldemar J. Pflepsen, Jr.**<br>Jorden Burt LLP<br>1025 Thomas Jefferson Street NW Suite 400 East<br>Washington, DC 20007-5208<br>Tele: 202-965-8100<br>Fax: 202-965-8104<br>Email: bpp@jordenusa.com<br><br>**Attorneys for Defendant PHL Variable Insurance Co.** |
| **Stephen J Jorden**<br>Jorden Burt LLP<br>175 Powder Forest Drive Suite 301<br>Simsbury, CT 06089<br>Tele: 860-392-5023<br>Fax: 860-392-5058<br>Email: sj@jordenusa.com<br><br>**Attorneys for Defendant PHL Variable Insurance Co.** | |