UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a national association, as securities intermediary for LIMA ACQUISITION LP,<br>        Plaintiff,<br><br>    vs.<br><br>PHL VARIABLE INSURANCE COMPANY, a Connecticut corporation,<br>        Defendant. | ECF Case<br><br>Case No. 12-CIV-6811(CM)(JCF) |
| U.S. BANK NATIONAL ASSOCIATION, a national association, as securities intermediary,<br>        Plaintiff,<br><br>    vs.<br><br>PHL VARIABLE INSURANCE COMPANY,<br>        Defendant. | ECF Case<br><br>Case No. 13-CIV-1580(CM)(JCF) |

## **DECLARATION OF MARK J. BROWNE**

STATE OF NEW YORK   )
            ) ss:
COUNTY OF NEW YORK  )

Mark J. Browne, being duly sworn, hereby deposes and says as follows:

  1.  I was retained by counsel for plaintiff, U.S. Bank National Association, as securities intermediary for Lima Acquisition LP ("U.S. Bank") to serve as an expert witness in the above-captioned cases.

  2.  I submit this declaration pursuant to 28 U.S.C. § 1746 in support of U.S. Bank's motion for partial summary judgment in these cases.  Attached hereto as Exhibit A is a true and correct copy of the Rebuttal Expert Report dated October 23, 2013 that I prepared and signed in these cases.  Exhibit A accurately sets forth my opinions and calculations as described therein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2013.

Respectfully submitted,

_____
Mark J. Browne

# Exhibit A
# omitted from publicly filed version